UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SANDRA BABOCK,
    Plaintiff

VS.

UNITED STATES OF AMERICA,
NORTHEASTERN UNIVERSITY,
LEDGEWOOD CONSTRUCTION
COMPANY, INC. and SPLIT
BOULDER CONSTRUCTION, INC.,
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
IN CLERKS OFFICE

2005 JAN 26  P 3:39

U.S. DISTRICT COURT
DISTRICT OF MASS

Docket No. 04-CV-12647-EFH

## ANSWER OF THE DEFENDANT, SPLIT BOULDER CONSTRUCTION, INC., TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

1. The defendant has no knowledge relating to the marital status of Sandra Babcock and therefore denies same and calls upon the plaintiff to prove the allegations in this paragraph.

2. The defendant has no information relating to the allegations in this paragraph and therefore is unable to admit or deny.

3. The defendant has no information relating to the allegations in this paragraph and therefore is unable to admit or deny.

4. The defendant admits the allegations set forth in this paragraph.

5. The defendant has no information relating to the state of incorporation of Ledgewood Construction Company, but otherwise admits the allegations of this paragraph.

6. The defendant admits the allegations set forth in this paragraph.

7. The allegations of this paragraph do not apply to this defendant and therefore we decline to answer.

8. The allegations of this paragraph do not apply to this defendant and therefore we decline to answer.

9. The allegations of this paragraph do not apply to this defendant and therefore we decline to answer.

10. The allegations of this paragraph do not apply to this defendant and therefore we decline to answer.

11. The defendant admits the allegations set forth in this paragraph.

12. The defendant has no information relating to the amount in controversy and therefore denies same.

## General Factual Allegations

13. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

14. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

15. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

16. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

17. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

18. The defendant has no knowledge relating to the allegations of this paragraph and therefore deny same.

19. The defendant denies the allegations set forth in this paragraph.

20. The defendant, Split Boulder Construction, Inc., admits that a specific proposal was made for relocation of dugouts at Parsons Field, Northeastern University. The work to be performed was limited in scope and nature. The defendant, Split Boulder Construction, Inc., has no further information relating to the allegations of this paragraph and therefore denies same.

21. The defendant, Split Boulder Construction, inc., denies that the dugout was in an unsafe condition when last seen by Split Boulder Construction, Inc. The defendant, Split Boulder Construction, Inc., has no information relating to anything that may have happened to the dugout.

22. The defendant denies the allegations set forth in this paragraph.

23. The allegations of this paragraph do not apply to this defendant and we therefore decline to answer.

24. The allegations of this paragraph do not apply to this defendant and we therefore decline to answer.

25. The defendant admits the allegations set forth in this paragraph.

## COUNT I

The defendant restates answers to paragraphs 1 through 25 of this complaint.

26. The defendant declines to answer this paragraph as the allegations do not pertain to the defendant, Split Boulder Construction, Inc.

WHEREFORE, the defendant denies that any party is entitled to judgment against the defendant, Split Boulder Construction, Inc.

## COUNT II

The defendant restates answers to paragraphs 1 through 26 of this complaint.

27. The defendant declines to answer this paragraph as the allegations do not pertain to the defendant, Split Boulder Construction, Inc.

WHEREFORE, the defendant denies that any party is entitled to judgment against the defendant, Split Boulder Construction, Inc.

## COUNT III

The defendant restates answers to paragraphs 1 through 27 of this complaint.

28. The defendant declines to answer this paragraph as the allegations do not pertain to the defendant, Split Boulder Construction, Inc.

WHEREFORE, the defendant denies that any party is entitled to judgment against the defendant, Split Boulder Construction, Inc.

## COUNT IV

The defendant restates answers to paragraphs 1 through 28 of this complaint.

29. The defendant declines to answer this paragraph as the allegations do not pertain to the defendant, Split Boulder Construction, Inc.

WHEREFORE, the defendant denies that any party is entitled to judgment against the defendant, Split Boulder Construction, Inc.

### COUNT V

The defendant restates answers to paragraphs 1 through 29 of this complaint.

30. The defendant declines to answer this paragraph as the allegations do not pertain to the defendant, Split Boulder Construction, Inc.

WHEREFORE, the defendant denies that any party is entitled to judgment against the defendant, Split Boulder Construction, Inc.

### COUNT VI

The defendant restates answers to paragraphs 1 through 30 of this complaint.

31. The defendant denies the allegations set forth in this paragraph.

WHEREFORE, the defendant denies that any party is entitled to judgment against the defendant, Split Boulder Construction, Inc.

### COUNT VII

The defendant restates answers to paragraphs 1 through 31 of this complaint.

31. The defendant denies the allegations set forth in this paragraph.

WHEREFORE, the defendant denies that any party is entitled to judgment against the defendant, Split Boulder Construction, Inc.

**THE DEFENDANT, SPLIT BOULDER CONSTRUCTION, INC., DEMANDS A TRIAL BY JURY OF ALL ISSUES HEREIN.**

### AFFIRMATIVE DEFENSES

1. The plaintiffs' injuries and damages were caused in whole or in part by the plaintiffs' negligence which was greater than any negligence of the defendants.

2. The plaintiffs' injuries and damages were caused by a person or persons or entity for whose conduct the defendants are not responsible.

3. The cause of action asserted in the complaint should be dismissed for failure to state a claim upon which relief may be granted.

4. The plaintiffs are not entitled to recover because the plaintiffs failed to give timely and

sufficient notice of the accident alleged in this Complaint.

5. The defendants have not been given adequate and timely notice of the alleged breach of warranty.

**THE DEFENDANT, SPLIT BOULDER CONSTRUCTION, INC., DEMANDS A TRIAL BY JURY OF ALL ISSUES HEREIN.**

Respectfully submitted,

John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail / hand on 1/25/05