SCANNED DATE: 1/31/05 BY: M.P.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SANDRA BABOCK,
    Plaintiff

VS.                                      Docket No. 04-CV-12647-EFH

UNITED STATES OF AMERICA,
NORTHEASTERN UNIVERSITY,
LEDGEWOOD CONSTRUCTION
COMPANY, INC. and SPLIT
BOULDER CONSTRUCTION, INC.,
    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3(A)**

Split Boulder Construction, Inc. states that it has no parent corporation and no publicly held company owes 10% or more of its stock.

    Split Boulder Construction, Inc.
    By its attorney,

    _____
    John H. Bruno II, Esquire
    B.B.O. No. 542098
    Masi & Bruno
    124 Long Pond Road
    Unit 11
    Plymouth, MA 02360
    (508)747-5277

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail / hand on 1/24/05