AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

FILED
IN CLERKS OFFICE

2005 FEB -3  P 2:19

U.S. DISTRICT COURT
DISTRICT OF MASS.

Sandra Babcock

v.

United States of America, Northeastern University, Ledgewood Construction Company, Inc., and Split Boulder Construction, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12647 EFH

TO: (Name and address of Defendant)

Richard M. Freeland, President
Northeastern University
110 Churchill Hall
Boston, MA 02115

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Gorlick
One Longfellow Place
Suite 3409
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within \_\_20\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  12-17-04

AO 440 (Rev. 8/01) Summons in a Civil Action

**RETURN OF SERVICE**



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.                                      January 13, 2005

I hereby certify and return that on 1/10/2005 at 2:15PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Karen Browne, receptionist legal, agent and person in charge at time of service, for Richard M Freeland, President, at , 110 Churchill Hall, Boston, MA 02115. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   Arthur Isberg                               _____
                                                              Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                  Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.