UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 17 P 12: 44

U.S. DISTRICT COURT
DISTRICT OF MASS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SANDRA BABOCK,
    Plaintiff

VS.    Docket No. 04-CV-12647-EFH

UNITED STATES OF AMERICA,
NORTHEASTERN UNIVERSITY,
LEDGEWOOD CONSTRUCTION
COMPANY, INC. and SPLIT
BOULDER CONSTRUCTION, INC.,
    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANSWER OF THE DEFENDANT, SPLIT BOULDER CONSTRUCTION, INC. TO CO-DEFENDANT, NORTHEASTERN UNIVERSITY'S CROSSCLAIM AND DEMAND FOR JURY TRIAL**

1. The defendant has no information relating to whether or not the Northeastern University is a "not for profit charitable corporation" but otherwise admits the allegations of this paragraph.

2. The allegations of this paragraph do not apply to the defendant, Split Boulder Construction, Inc., and therefore decline to answer.

3. The allegations of this paragraph do not apply to the defendant, Split Boulder Construction, Inc., and therefore decline to answer.

4. The allegations of this paragraph do not apply to the defendant, Split Boulder Construction, Inc., and therefore decline to answer.

5. The defendant admits the allegations set forth in this paragraph.

6. The defendant admits the allegations set forth in this paragraph.

7. The defendant admits the allegations set forth in this paragraph.

8. The defendant admits the allegations set forth in this paragraph.

9. The defendant admits the allegations set forth in this paragraph.

10. The defendant admits the allegations set forth in this paragraph.

1

11. The defendant denies the allegations set forth in this paragraph.

12. The defendant admits the allegations set forth in this paragraph.

13. The defendant admits the allegations set forth in this paragraph.

14. The defendant has no information relating to the allegations of this paragraph nor do the allegations of this paragraph apply to this defendant and therefore declines to answer.

15. The defendant has no information relating to the allegations of this paragraph nor do the allegations of this paragraph apply to this defendant and therefore declines to answer.

16. The defendant has no information relating to the allegations of this paragraph nor do the allegations of this paragraph apply to this defendant and therefore declines to answer.

17. The defendant has no information relating to the allegations of this paragraph nor do the allegations of this paragraph apply to this defendant and therefore declines to answer.

18. The defendant admits the allegations set forth in this paragraph.

19. The defendant, Split Boulder Construction, Inc., admits that certain limited work was done pursuant to contract and denies any further allegations of this paragraph.

## COUNT I

20. The defendant restates answers paragraph 1 through 19 of the crossclaim.

21. The defendant, Split Boulder Construction, Inc., declines to answer this paragraph as the allegations set forth do not apply to the defendant, Split Boulder Construction, Inc.

22. The defendant, Split Boulder Construction, Inc., declines to answer this paragraph as the allegations set forth do not apply to the defendant, Split Boulder Construction, Inc.

Wherefore, the defendant denies that any party is entitled to judgment against it.

## COUNT II

23. The defendant restates answers paragraph 1 through 19 of the crossclaim.

24. The defendant, Split Boulder Construction, Inc., declines to answer this paragraph as the allegations set forth do not apply to the defendant, Split Boulder Construction, Inc.

Wherefore, the defendant denies that any party is entitled to judgment against it.

## COUNT III

25. The defendant restates answers paragraph 1 through 19 of the crossclaim.

26. The defendant, Split Boulder Construction, Inc., declines to answer this paragraph as the allegations set forth do not apply to the defendant, Split Boulder Construction, Inc.

27. The defendant, Split Boulder Construction, Inc., declines to answer this paragraph as the allegations set forth do not apply to the defendant, Split Boulder Construction, Inc.

Wherefore, the defendant denies that any party is entitled to judgment against it.

## COUNT IV

28. The defendant restates answers paragraph 1 through 19 of the crossclaim.

29. The defendant, Split Boulder Construction, Inc., declines to answer this paragraph as the allegations set forth do not apply to the defendant, Split Boulder Construction, Inc.

Wherefore, the defendant denies that any party is entitled to judgment against it.

## COUNT V

30. The defendant restates answers paragraph 1 through 19 of the crossclaim.

31. The defendant denies the allegations set forth in this paragraph.

32. The defendant, Split Boulder Construction, Inc., denies that any person is entitled to judgment against it.

Wherefore, the defendant denies that any party is entitled to judgment against it.

## COUNT VI

33. The defendant restates answers paragraph 1 through 19 of the crossclaim.

34. The defendant, Split Boulder Construction, Inc., denies that any person is entitled to judgment against it.

Wherefore, the defendant denies that any party is entitled to judgment against it.

THE DEFENDANT, SPLIT BOULDER CONSTRUCTION, INC., DEMANDS A TRIAL BY JURY OF ALL ISSUES HEREIN.

Respectfully submitted,

John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail / hand on 2/15/05