UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
SANDRA BABCOCK                              )
                                            )
               Plaintiff,      )
                                            )
v.                                          )   C.A. No. 04-CV-12647-EFH
                                            )
UNITED STATES OF AMERICA,                   )
NORTHEASTERN UNIVERSITY,                    )
SASAKI ASSOCIATES, INC., LEDGEWOOD          )
CONSTRUCTION COMPANY, INC., and             )
SPLIT BOULDER CONSTRUCTION, INC.            )
                                            )
               Defendants.     )
_____ )
                                            )
NORTHEASTERN UNIVERSITY,                    )
                                            )
       Defendant, Third-Party Plaintiff,   )
                                            )
v.                                          )
                                            )
PEDA, Inc.                                  )
                                            )
            Third-Party Defendant.     )
_____ )

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

     Please enter the appearance of David J. Hatem, as attorney of record for the defendant, ***PEDA, Inc.,*** in the above-captioned matter.

                             Respectfully submitted,

                             PEDA, Inc.,

                             By its attorneys,

                                                                                        s/ Brian C. Newberry
David J. Hatem PC, BBO #225700
Warren D. Hutchison, BBO #246150
Brian C. Newberry, BBO #635498
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 405-4500 – tel.
(617) 406-4501 – fax

Dated: March 28, 2005

## CERTIFICATE OF SERVICE

     I, Brian C. Newberry, Esquire, hereby certify that I have this 28th day of March, 2005, delivered a copy of the within, postage prepaid to:

Kathryn E. Hand, Esq.
Michael E. Mone, Sr., Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA  02110

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, P.C.
5th Floor
45 Milk Street
Boston, MA  02109

Jon S. Hartmere, Esq.
Law Office of Jacqueline Allen
Suite 601
262 Washington Street
Boston, MA  02108

Terrance J. Hamilton, Esq.
Christopher P. Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA  02210

Matthew A. Connelly, Esq.
US Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC  20044

Barbara Healy Smith, Esq.
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA  02210

John Bruno, Esq.
Masi & Bruno
124 Long Pond Road
Plymouth, MA  02360

                                                                                        s/ Brian C. Newberry

00906347/2500.2021