UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA BABCOCK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-CV-12647-EFH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| NORTHEASTERN UNIVERSITY, ) | |
| SASAKI ASSOCIATES, INC., LEDGEWOOD ) | |
| CONSTRUCTION COMPANY, INC., and ) | |
| SPLIT BOULDER CONSTRUCTION, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| NORTHEASTERN UNIVERSITY, ) | |
| ) | |
| Defendant, Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PEDA, Inc. ) | |
| ) | |
| Third-Party Defendant. ) | |

**<u>LOCAL RULE 7.3 CORPORATE DISCLOSURE</u>**

Defendant, PEDA, Inc. is a privately held Massachusetts corporation. As of March 18, 2005, no publicly traded companies had any ownership interest in PEDA.

                                                                                              Respectfully Submitted,
PEDA, Inc.

By its Attorneys,

Dated: March 28, 2005                              s/ Brian C. Newberry
David J. Hatem, Esq., PC, BBO #225700
Warren D. Hutchison, BBO #246150
Brian C. Newberry, BBO #635498
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 405-4500 – tel.
(617) 406-4501 – fax

## CERTIFICATE OF SERVICE

I, Brian C. Newberry certify that on this 28th day of March, 2005, I served the foregoing by mailing a copy first class, postage prepaid, to:

| | |
|---|---|
| Jeffrey A. Gorlick<br>One Longfellow Place<br>Suite 3409<br>Boston, MA 02114 | Gerald F. Lucey<br>Nelson, Kinder, Mosseau & Saturley, P.C.<br>5th Floor<br>45 Milk Street<br>Boston, MA 02109 |
| Jon S. Hartmere<br>Law Office of Jaxqueline Allen<br>Suite 601<br>262 Washington Street<br>Boston, MA 02108 | Terrance J. Hamilton<br>Christopher P. Maffucci<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210 |
| Matthew A. Connelly<br>US Department of Justice<br>Torts Branch, Civil Division<br>P.O. Box 14271<br>Washington, DC 20044 | Barbara Healy Smith<br>United States Attorney's Office<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210 |
| John Bruno<br>Masi & Bruno<br>124 Long Pond Road<br>Plymouth, MA 02360 | |

                                                                                         s/ Brian C. Newberry

00903369/2500.2021