UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
SANDRA BABCOCK                    )
                                  )
            Plaintiff,            )
                                  )
v.                                )   C.A. No. 04-CV-12647-EFH
                                  )
UNITED STATES OF AMERICA,         )
NORTHEASTERN UNIVERSITY,          )
SASAKI ASSOCIATES, INC., LEDGEWOOD)
CONSTRUCTION COMPANY, INC., and   )
SPLIT BOULDER CONSTRUCTION, INC.  )
                                  )
            Defendants.           )
_____)
                                  )
NORTHEASTERN UNIVERSITY,          )
                                  )
        Defendant, Third-Party Plaintiff, )
                                  )
v.                                )
                                  )
PEDA, Inc.                        )
                                  )
        Third-Party Defendant.    )
_____)

## DEFENDANT PEDA, INC'S RULE 26(A)(1) DISCLOSURE

Defendant PEDA, Inc. ("PEDA") submits its Rule 26(A)(1) disclosure:

A.  Names of individuals with discoverable information that PEDA may use to support its defense:

In addition to those identified in the disclosures previously made by other parties:

Paul E. Donahue
Weymouth, Massachusetts

Mr. Donahue was president of PEDA and is likely to have knowledge of the renovations to Parsons Field and of the contractual relationships among the parties involving PEDA.

David Donahue
Weymouth, Massachusetts

Mr. Donahue is likely to have knowledge of the renovations to Parsons Field.

John Malone
c/o Northeastern University

Mr. Malone will have knowledge of the contractual relationship with PEDA and possibly also of the renovations to Parsons Field.

Mark Coates
c/o Northeastern University

Mr. Coates will have knowledge of the contractual relationship with PEDA and possibly also of the renovations to Parsons Field.

B.   Relevant documents PEDA may use to support its defense:

Other than invoices sent to Northeastern University relating to the project, none at this time other than possibly those identified in the disclosures of other parties.

C.   Computation of Damages Claimed:

N/A.

D.   Insurance Agreements:

PEDA was insured by Continental Casualty Company at the time of the incident at issue. The insurance policy carries a policy limit of $250,000 per occurrence.

                                                    Respectfully Submitted,
                                                    PEDA, Inc.

                                                    By its Attorneys,

Dated: March 28, 2005                            s/ Brian C. Newberry
                                                    David J. Hatem, Esq., PC, BBO # 225700
                                                    Warren D. Hutchison, Esq., BBO # 246150
                                                    Brian C. Newbery, Esq. BBO # 635498
                                                    DONOVAN HATEM LLP
                                                    Two Seaport Lane
                                                    Boston, MA 02210
                                                    (617) 405-4500 – tel.
                                                    (617) 406-4501 – fax

## **CERTIFICATE OF SERVICE**

       I certify that on this 28th day of March, 2005, I served the foregoing by mailing a copy first class, postage prepaid, to:

| | |
|---|---|
| Jeffrey A. Gorlick<br>One Longfellow Place<br>Suite 3409<br>Boston, MA 02114 | Gerald F. Lucey<br>Nelson, Kinder, Mosseau & Saturley, P.C.<br>5th Floor<br>45 Milk Street<br>Boston, MA  02109 |
| Jon S. Hartmere<br>Law Office of Jacqueline Allen<br>Suite 601<br>262 Washington Street<br>Boston, MA  02108 | Terrance J. Hamilton<br>Christopher P. Maffucci<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA  02210 |
| Matthew A. Connelly<br>US Department of Justice<br>Torts Branch, Civil Division<br>P.O. Box 14271<br>Washington, DC  20044 | Barbara Healy Smith<br>United States Attorney's Office<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA  02210 |
| John Bruno<br>Masi & Bruno<br>124 Long Pond Road<br>Plymouth, MA  02360 | |

                                                          s/ Brian C. Newberry

00903370/2500.2021