UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA BABCOCK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>et al )<br>)<br>Defendants. )<br>_____ ) | Civil No. 1:04-CV-12647 EFH |

### UNITED STATES OF AMERICA'S
### MOTION TO DISMISS FOR
### LACK OF SUBJECT MATTER JURISDICTION

Pursuant to Fed. R. Civ. P. 12(b)(1), the United States moves this Honorable Court to Dismiss the Plaintiff's claims against the United States for lack of subject matter jurisdiction. The Plaintiff has filed her claim under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680. However, the Plaintiff failed to file her Complaint within six months after the date on which her administrative claim was denied. Therefore, her claim is "forever barred." 28 U.S.C. § 2401(b). Consequently, the Plaintiff's claims against the United States must be dismissed.

Counsel for the United States and counsel for the Plaintiff have conferred but have been unable to resolve this issue.

The Declaration of Kyle A. Guess is attached as Exhibit 1 to this motion.

Dated: April 1, 2005

>Respectfully submitted,
>
>PETER D. KEISLER
>Assistant Attorney General
>
>MICHAEL J. SULLIVAN
>United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

_____
MATTHEW A. CONNELLY, Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
(202) 616-4040
(202) 616-4159 (fax)

Attorneys for the
United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction and attached exhibit were sent via first class mail, postage pre-paid, this 1st day of April, 2005, addressed to the following counsel of record:

Terrence J. Hamilton, Esq.
Christopher Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Jeffrey A. Gorlick, Esq.
Law Offices of Jeffrey A. Gorlick
One Longfellow Place, Suite 3409
Boston, MA 02114

David J. Hatem, Esq.
Warren D. Hutchinson, Esq.
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210

John H. Bruno, Esq.
Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360

Gerald F. Lucey, Esq.
Nelson, Kinder, Mosseau & Saturley, PC
45 Milk Street, 5th Floor
Boston, MA 02109

_____
MATTHEW A. CONNELLY

3

U.S. Motion to Dismiss
Exhibit No. 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDRA BABCOCK )
)
Plaintiff, )
)
v. ) Civil Action No. 04-12647
)
UNITED STATES OF AMERICA, )
)
)
Defendants. )

The undersigned declares and states:

1. I am the attorney with the United States Navy (the "Agency") who had primary responsibility for processing plaintiff's administrative claim. As such, I am fully familiar with the administrative proceedings that preceded this action.

2. This declaration is respectfully submitted in support of defendant's Motion to Dismiss. The information contained herein is based upon my personal knowledge, information communicated to me by other United States Navy personnel, and the records and files of the United States Navy.

3. The United States Navy received Plaintiff's properly completed Standard Form 95 on January 5, 2004. By letter dated March 24, 2004, the Navy denied the Plaintiff's administrative claim. A true and correct copy of the letter is attached as Exhibit 1. The denial letter informed Plaintiff of his right to file suit in the appropriate United States District Court within six months of the mailing date.

1

4. The Navy's denial letter was placed in the United States mail on April 1, 2004, addressed to Jeffrey Gorlick, Esq., One LongFellow Place, Suite 3409, Boston, MA 02114. The letter was sent by certified mail, No. 7000 1010 0003 0716 7901. A true and correct copy of the Certified Mail Receipt ("white card") is attached as Exhibit 2.

5. The Naval Legal Service Office Mid-Atlantic received the Domestic Return Receipt ("green card") for certified mail No. 7000 1010 0003 0716 7901, indicating receipt of the Navy's denial letter at the offices of Jeffrey Gorlick, Esq. on April 3, 2004. A true and correct copy of the Domestic Return Receipt is attached as Exhibit 2.

6. A Complaint was filed in United States District Court, District of Massachusetts, on December 17, 2004 (Civil Action 04-12647).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Norfolk, Virginia on March 31, 2005.

_____
KYLE A. GUESS

2



**DEPARTMENT OF THE NAVY**
NAVAL LEGAL SERVICE OFFICE
MID-ATLANTIC
9620 MARYLAND AVENUE, SUITE 100
NORFOLK, VIRGINIA 23511-2989

5890
Ser 03/ 089
MAR 24

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

Jeffrey Gorlick, Esq.
One Longfellow Place, Suite 3409
Boston, MA 02114

Dear Mr. Gorlick:

SUBJ  FEDERAL TORT CLAIMS ARISING ON JANUARY 5, 2002 AT NORTHEASTERN UNIVERSITY, 02-FTA-558

    This responds to the claim of your client, Sandra Babcock, in the amount of two hundred fifty thousand dollars ($ 250,000). Ms. Babcock is seeking damages for loss of consortium for personal injuries sustained to her former spouse, Frederick Babcock, at the athletic field complex at Northeastern University on January 5, 2002. Mr. Babcock was injured when a dugout, owned and maintained by Northeastern University, overturned and trapped him underneath.

    It is our understanding your client filed claims against other Federal agencies, including the Department of the Army, the Department of the Air Force, and the United States Secret Service. Pursuant to 28 C.F.R. §14.2, when more than one Federal agency is involved in the events giving rise to the claim, they will designate a single agency to investigate and decide the merits of the claim. The United States Navy was designated as that agency and, as such, is responsible for the final administrative determination of the claim.

    A thorough examination of the facts available indicates the United States is not liable under the Federal Tort Claims Act ("FTCA"). The FTCA allows individuals to seek compensation from the United States when damage is caused by negligent or wrongful acts or omissions of government employees acting within the scope of their employment. Our investigation and analysis of this claim finds that there is no negligence on the part of any government employee. Accordingly, your client's claim is denied.

    If your client does not agree with this decision, be advised that she has six months from the date of mailing of this letter to file suit in the appropriate Federal District Court. My

EXHIBIT 1

point of contact for this claim is Kyle Guess, Tort Claims Attorney. If you have any questions, he may be reached at (757) 444-5341.

Sincerely,

MICHAEL E. MCGREGOR
Captain, United States Navy
Judge Advocate General's Corps
Commanding Officer

cc:

Army Claims Service
4411 Llewllyn Ave.
Ft. Meade, MD 20755

66th Airbase Wing/JA
20 Shilling Circle
Hanscom AFB, MA 01731-2125

Office of Chief Counsel
U.S. Secret Service
950 H Street, N.W.
Washington, D.C. 20223

CERTIFIED COPY OF AN ORIGINAL:
COUNTY/CITY OF NORFOLK
COMMONWEALTH OF VIRGINIA
I CERTIFY THIS TO BE A COMPLETE, FULL, TRUE AND EXACT REPRODUCTION OF THE ORIGINAL DOCUMENT.
CERTIFIED THIS _31ST_ DAY OF _MARCH_ 2005.

MY COMMISSION EXPIRES: _September 30, 2008_

2

CERTIFIED COPY OF AN ORIGINAL;
COUNTY/CITY OF NORFOLK
COMMONWEALTH OF VIRGINIA
I CERTIFY THIS TO BE A COMPLETE,
FULL, TRUE AND EXACT REPRODUCTION
OF THE ORIGINAL DOCUMENT.
CERTIFIED THIS _31st_ DAY OF _MARCH_
2005.

[signature]

MY COMMISSION EXPIRES: _September 30, 2008_

7003 1010 0003 0716 7901

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

JEFFREY GORLICK ESQ
ONE LONGFELLOW PLACE STE 3409
BOSTON MA 02114
KAG(0)FTASS(NORTHEASTERN)

APR 01 2004
NORFOLK VA 23521

EXHIBIT 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JEFFREY GORLICK ESQ
   ONE LONGFELLOW PLACE STE 2409
   BOSTON MA 02114

   KAG/02FTA558(NORTHEASTERN)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X PRIME    ☐ Agent
              ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   PRIME                            4-

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 1010 0003 0716 7901

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

CERTIFIED COPY OF AN ORIGINAL:
COUNTY/CITY OF NORFOLK
COMMONWEALTH OF VIRGINIA
I CERTIFY THIS TO BE A COMPLETE,
FULL, TRUE AND EXACT REPRODUCTION
OF THE ORIGINAL DOCUMENT.
CERTIFIED THIS 31st DAY OF MARCH
2005.

_[signature]_

MY COMMISSION EXPIRES: September 30, 2008

EXHIBIT 3