## CERTIFICATE OF SERVICE

I, Jeffrey A. Gorlick, attorney for the plaintiff, Sandra Babcock, do hereby certify that a copy of the Plaintiff's Motion to Consolidate with Related Case (Assented To).

were served by e-mail and mail on this date upon the following attorneys of record:

John H. Bruno, Esquire
Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360
jbruno@allmerica.com

Matthew A. Connelly, Esquire
Torts Branch, Civil Division
US Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
Matthew.Connelly@usdoj.gov

Terrance J. Hamilton, Esquire
Christopher P. Maffucci, Esquire
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
maffucci@casneredwards.com

Michael E. Mone, Esquire
Kathryn E. Hand, Esquire
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904
mone@ebelaw.com

Gerald F. Lucey, Esquire
Nelson, Kinder, Mosseau & Saturley, PC
45 Milk Street, 7th Floor
Boston, MA 02109
glucey@nkms.com

Barbara Healy Smith, Esquire
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Brian C. Newberry, Esquire
David J. Hatem, Esquire
Warren D. Hutchison, Esquire
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210
whutchison@donovanhatem.com

Dated: 4/14/05

Jeffrey A. Gorlick, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA BABCOCK,<br>  Plaintiff | )<br>)<br>) |
| v. | )  C.A. No. 04CV12647EHF |
| UNITED STATES OF AMERICA,<br>LEDGEWOOD CONSTRUCTION<br>COMPANY, INC., AND SPLIT<br>BOULDER CONSTRUCTION, INC.,<br>  Defendants<br>NORTHEASTERN UNIVERSITY,<br>  Defendant/Third-Party Plaintiff | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| PEDA, INC.,<br>  Third-Party Defendant | )<br>) |

PLAINTIFF'S MOTION TO CONSOLIDATE WITH RELATED CASE (Assented To)

  Now comes the plaintiff, Sandra Babcock, in the above-captioned case and moves that this Court consolidate this action with a related case, pending in this Court, entitled Frederick Babcock, et. als. v. United States Of America, et. als., C.A. No. 04-CV-11413-EFH.

  As grounds in support hereof, the plaintiff states as follows:

1.  The above captioned case is a claim by the plaintiff, Sandra Babcock, alleging loss of consortium as a result of severe personal injuries sustained by her husband, Frederick Babcock, on or about January 5, 2002, whose injuries were allegedly caused by the negligence and/or breach of warranty of the defendants in the instant action and in the related action, C.A. No. 04-CV12647-EFH.

2. All of the defendants, witnesses and discovery will be the same in both the instant case and the related case.

3. As to the issues on liability, both cases involve the same defendants, witnesses, discovery requirements and law.

4. The interests of judicial economy and convenience to all parties and witnesses will best be served by consolidating the two cases forthwith, so that discovery, potential settlement and trial preparation may be conducted and considered, simultaneously, by all parties, without unnecessary duplication of efforts.

5. All parties in both cases assent to consolidation.

Wherefore, the plaintiff asks that the within Motion be allowed.

Assented To:

| DEFENDANT, SPLIT BOULDER CONSTRUCTION, INC. | PLAINTIFF, SANDRA BABCOCK |
|---|---|
| By its Attorney, | By her Attorney, |
| *(signature)* | *(signature)* |
| John H. Bruno (BBO # 542098) | Jeffrey S. Gorlick |
| Masi & Bruno | One Longfellow Place, Suite 3409 |
| 124 Long Pond Rd, Unit 11 | Boston, Massachusetts 02114 |
| Plymouth, MA 02360 | TEL#: (617) 227-8383 |
| TEL#: (508)747-5277 | BBO#: 203890 |

2

DEFENDANT, NORTHEASTERN
UNIVERSITY,
By its Attorney,

_____
Gerald F. Lucey (BBO # 306860)
Nelson, Kinder, Mosseau & Saturley, PC
45 Milk Street, 7th Floor
Boston, MA 02109
TEL#: (617) 778-7500

DEFENDANT, UNITED STATES of AMERICA,
By its Attorneys,

_____
Matthew A. Connelly
Torts Brance, Civil Division
US Department of Justice
PO Box 14271
Washington, DC 20044-4271
TEL#: (202) 616-4040

_____
Barbara Healy-Smith (BBO #
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
TEL #: 617-748-3100

DEFENDANT, LEDGEWOOD CONSTRUCTION
   COMPANY, INC.,
By its attorneys,

_____
Terrance J. Hamilton (BBO #
Christopher P. Maffucci (BBO #
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
TEL#: (617) 426-5900

3

THIRD-PARTY DEFENDANT, PEDA, Inc.,
By its Attorneys,

_____
Brian C. Newberry (BBO # 635458)
David J. Hatem (BBO # 225700)
Warren D. Hutchison (BBO# 246150)
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210
TEL#: (617) 406-4500

PLAINTIFFS, FREDERICK BABCOCK, et. als.
(C.A. No. 04-CV-11413-EFH)
By their attorneys,

_____
Michael E. Mone (BBO # 351680)
Kathryn E. Hand (BBO #567197)
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110-1904
TEL#: (617) 482-0333

4