UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA BABCOCK ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 04-CV-12647-EFH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT LEDGEWOOD CONSTRUCTION COMPANY, INC.'S
<u>ANSWER TO SANDRA BABCOCK'S AMENDED COMPLAINT</u>**

Defendant Ledgewood Construction Company, Inc. ( "Ledgewood") answers Plaintiffs' Amended Complaint by stating as follows:

1. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph one and therefore denies them.

2. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph two and therefore denies them.

3. Ledgewood is without insufficient information to form a belief as to the truth of the allegations in paragraph three and therefore denies them.

4. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph four and therefore denies them.

5. Ledgewood admits the allegations in paragraph five.

6. Ledgewood is without sufficient information to form a belief as to the truth of the allegations in paragraph six and therefore denies them.

7. Ledgewood is without sufficient information to form a belief as to the

truth of the allegations in paragraph seven and therefore denies them.

    8.    Ledgewood denies the allegations in paragraph eight as a conclusion of law.

    9.    Ledgewood denies the allegations in paragraph nine as a conclusion of law.

    10.    Ledgewood denies the allegations in paragraph ten as a conclusion of law.

    11.    Ledgewood denies the allegations in paragraph eleven as a conclusion of law.

    12.    Ledgewood denies the allegations in paragraph twelve as a conclusion of law.

    13.    Ledgewood denies the allegations in paragraph thirteen as a conclusion of law.

    14.    Ledgewood denies the allegations in paragraph fourteen as a conclusion of law.

    15.    Ledgewood denies the allegations as stated in paragraph fifteen.

    16.    Ledgewood denies the allegations as stated in paragraph sixteen.

    17.    Ledgewood denies the allegations as stated in paragraph seventeen.

    18.    Ledgewood denies the allegations as stated in paragraph eighteen.

    19.    Ledgewood denies the allegations as stated in paragraph nineteen.

    20.    Ledgewood denies the allegations as stated in paragraph twenty.

    21.    Ledgewood denies the allegations as stated in paragraph twenty-one.

    22.    Ledgewood denies the allegations as stated in paragraph twenty-two.

    23.    Ledgewood denies the allegations as stated in paragraph twenty-three.

24. Ledgewood denies the allegations as stated in paragraph twenty-four.

25. Ledgewood denies the allegations as stated in paragraph twenty-five.

26. Ledgewood denies the allegations as stated in paragraph twenty-six

27. Ledgewood denies the allegations as stated in paragraph twenty-seven.

## COUNT I:
## Negligence Against the United States

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

28. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT II:
## Negligence Against the Navy

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

29. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

## COUNT III:
## Negligence of Northeastern University

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

30. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

**COUNT IV:**
**Negligence of Ledgewood Construction Company, Inc.**

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

31. Ledgewood denies the allegations in paragraph thirty-four.

**COUNT V:**
**Breaches of Warranty by Ledgewood Construction Company, Inc.**

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

32. Ledgewood denies the allegations in paragraph thirty-five.

**COUNT VI:**
**Negligence of Split Boulder Construction, Inc.**

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

33. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

**COUNT VII:**
**Breaches of Warranty by Split Boulder Construction, Inc.**

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

34. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT VIII:
### Negligence Against PEDA, Inc.

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

35. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### COUNT IX:
### Negligence Against Breaches of Warranty by PEDA, Inc.

Ledgewood repeats and realleges its admissions, denials and statements in the preceding paragraphs as if fully stated at length herein.

36. The allegations in this paragraph are directed to a defendant other than Ledgewood and are therefore denied.

### AFFIRMATIVE DEFENSES

#### FIRST AFFIRMATIVE DEFENSE

37. Plaintiff's complaint fails to state a claim upon which relief can be granted.

#### SECOND AFFIRMATIVE DEFENSE

38. Plaintiff's claims are barred because they contributed to the cause of the accident, and therefore, the damages, if any should be reduced in accordance with M.G.L. c. 231 § 85.

#### THIRD AFFIRMATIVE DEFENSE

39. Ledgewood denies management, supervision, inspection or testing, maintenance, ownership or control of the premises as alleged in plaintiff's complaint.

### FOURTH AFFIRMATIVE DEFENSE

40. Plaintiff's claims are barred because plaintiffs' damages if any, were caused by persons over whom Ledgewood exercised no control and are therefore not legally responsible for.

### FIFTH AFFIRMATIVE DEFENSE

41. Plaintiff's claims are barred because their damages were caused by their own acts or omissions.

### SIXTH AFFIRMATIVE DEFENSE

42. Plaintiff's claims are barred by their own contributory negligence.

### SEVENTH AFFIRMATIVE DEFENSE

43. Plaintiff's claims are barred by the Statute of Limitations.

### EIGHTH AFFIRMATIVE DEFENSE

44. Ledgewood states that plaintiffs were comparatively negligent, which proximately caused the damages alleged, and the negligence of the plaintiffs was greater than the total amount of negligence, if any, contributive to Ledgewood.

### NINTH AFFIRMATIVE DEFENSE

45. Ledgewood states that the plaintiffs voluntarily assumed the risk and therefore plaintiffs are barred from recovering for alleged damages.

### TENTH AFFIRMATIVE DEFENSE

46. Ledgewood states that the injuries and damages alleged by plaintiffs were caused in whole or in part by plaintiffs' negligence to a degree greater than any alleged negligence of Ledgewood.

ELEVENTH AFFIRMATIVE DEFENSE

47. Ledgewood states the location of plaintiffs' incident giving rise to plaintiffs' claims, was not an area within the care, custody or control of Ledgewood, and therefore plaintiffs are barred from any recovery from Ledgewood.

TWELVENTH AFFIRMATIVE DEFENSE

48. Ledgewood states that there was, and is no privities of contract between plaintiffs and Ledgewood.

THIRTEETH AFFIRMATIVE DEFENSE

49. Ledgewood states that the warranties alleged by plaintiff did not arise under any contract, implied or otherwise, between plaintiffs and Ledgewood.

FOURTEENTH AFFIRMATIVE DEFENSE

50. Ledgewood denies that it made any warranties, express or implied, to plaintiffs or to any person, firm or entity through whom plaintiffs are entitled to claim.

FIFTEENTH AFFIRMATIVE DEFENSE

51. Ledgewood states that any alleged warranties, express or implied, which plaintiffs allege were made on behalf of Ledgewood were void due to a lack of authority to make such warranties on the part of any person, firm or entity making such warranties.

SIXTEENTH AFFIRMATIVE DEFENSE

52. Ledgewood states that any warranties, express or implied which may have been made by Ledgewood had expired and were no longer in force at the time of the alleged injury.

<u>SEVENTEETH AFFIRMATIVE DEFENSE</u>

53. Ledgewood states that plaintiffs failed to exercise due care at the time of the accident.

**LEDGEWOOD RESERVES THE RIGHT TO ASSERT ADDITIONAL DEFENSES UPON COMPLETION OF DISCOVERY.**

**LEGEWOOD RESERVES THE RIGHT TO ASSERT ADDITIONAL CROSSCLAIMS AND THIRD PARTY CLAIMS AS DISCOVERY PROGRESSES.**

**LEDGEWOOD DEMANDS A TRIAL BY JURY.**

**WHEREFORE,** the Defendant Ledgewood Construction Company, Inc., demands the Court:

(a) enter judgment in its favor;

(b) award its costs and fees; and

(c) any other relief the Court deems just and proper.

|   |   |
|---|---|
|   | Respectfully submitted |
|   | LEDGEWOOD CONSTRUCTION COMPANY, INC. |
|   | /s/ *Christopher Maffucci* |
|   | _____ |
|   | Terrance J. Hamilton, Esq. |
|   | BBO# 218980 |
|   | Christopher Maffucci, Esq. |
|   | BBO#645972 |
|   | Casner & Edwards, LLP |
|   | 303 Congress Street |
|   | Boston, MA 02210 |
| Dated: June 7, 2005 | (617) 426-5900 |

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon each party via electronic filing on June 7, 2005.

/s/ *Christopher Maffucci*

_____

Christopher Maffucci

3400.299/353476