UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA BABCOCK,<br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>LEDGEWOOD CONSTRUCTION<br>COMPANY, INC., SPLIT BOULDER<br>CONSTRUCTION, INC., AND PEDA,<br>INC.,<br>    Defendants<br>NORTHEASTERN UNIVERSITY,<br>    Defendant/Third-Party Plaintiff<br><br>v.<br><br>PEDA, INC.,<br>    Third-Party Defendant | C.A. No. 12647EFH<br>(consolidated with C.A. No. 11413EFH) |

PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE AN OPPOSITION TO THE
"UNITED STATES OF AMERICA'S RENEWED MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION" (ASSENTED TO)

    Now comes the plaintiff, Sandra Babcock, and moves that this Court allow an enlargement of time for her to file an Opposition to the "United States of America's Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction", to and including Friday, June 24, 2005.

    As grounds in support hereof, the plaintiff says that the plaintiff's counsel has had a busy schedule and the short enlargement will not prejudice the United States of America nor any of the other defendants.

    Further, the defendant, United States of America assents to the enlargement.

Wherefore, the plaintiff, Sandra Babcock, asks that this Court allow the within Motion.

PLAINTIFF, SANDRA BABCOCK

By her Attorney,

/S/     Jeffrey A. Gorlick
Jeffrey A. Gorlick
One Longfellow Place, Suite 3409
Boston, Massachusetts  02114
TEL#:   (617) 227-8383
BBO#: 203890

ASSENTED TO:

/s/ Matthew A. Connelly
Matthew A. Connelly, Esquire
Torts Branch, Civil Division
US Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
(202) 616-4040

I hereby certify that a true copy of the above document was served upon the attorney of records for each other party by mail/hand on     6/10/05

/s/ Jeffrey A. Gorlick