UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA BABCOCK,<br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, et. als.<br>    Defendants<br><br>v.<br><br>PEDA, INC.,<br>    Third-Party Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04CV12647EFH<br>(Consolidated with<br>    C.A. No.04CV11413EFH) |

**ACCEPTANCE OF SERVICE BY COUNSEL FOR
THE DEFENDANT, PEDA, INC.**

I, Brian C. Newberry, as counsel for the defendant, PEDA, Inc. ("PEDA"), hereby accept service of process on behalf of PEDA, and acknowledge receipt by regular mail, copies of the following:

1. Complaint and Demand for Jury Trial; and
2. Amended Complaint and Demand for Jury Trial.

The defendant, PEDA, hereby waives any rights it may have had to require any other form of service of process.

DEFENDANT,
PEDA, Inc.,

By its attorneys,

_/s/ Brian C. Newberry_
Brian C. Newberry, Esq. (BBO# 635458)
Warren D. Hutchinson, Esq.(BBO# 246150)
David J. Hatem, Esq. (BBO# 225700)
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210
TEL#: (617) 426-5900