UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SANDRA BABCOCK,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | C.A. No. 04CV12647EFH<br>(consolidated with C.A. No. 04CV11413) |
| UNITED STATES OF AMERICA,<br>ET. ALS.,<br>    Defendants | )<br>)<br>) | |
| AND | | |
| FREDERICK BABCOCK, ET. ALS.,<br>    Plaintiffs | )<br>)<br>) | |
| v. | )<br>) | C.A. NO. 04CV11413 |
| UNITED STATES OF AMERICA,<br>ET. ALS.,<br>    Defendants | )<br>)<br>) | |

### PLAINTIFF'S, SANDRA BABCOCK'S, OPPOSITION TO "UNITED STATES OF AMERICA'S RENEWED MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION"

Now comes the plaintiff, Sandra Babcock, in the above-captioned consolidated cases, and hereby opposes the Motion of the Untied States of America to dismiss her Amended Complaint.

As grounds in support of this opposition, the plaintiff, Sandra Babcock, says that the facts and circumstances of her claim and lawsuit against the United States of America, pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§2671-2680, is not barred by 28 U.S.C. §2401(b).

In support hereof and incorporated herein are the enclosed Affidavit Of Plaintiff's Counsel In Support Of Plaintiff's, Sandra Babcock's, Opposition To "United States Of America's Renewed Motion To Dismiss For Lack Of Subject Matter Jurisdiction" and Plaintiff's

Memorandum Of Law In Support Of Plaintiff's, Sandra Babcock's, Opposition To "United States Of America's Renewed Motion To Dismiss For Lack Of Subject Matter Jurisdiction".

WHEREFORE, the plaintiff, Sandra Babcock, asks that this Court deny the United States Of America's Renewed Motion To Dismiss For Lack Of Subject Matter Jurisdiction.

PLAINTIFF, SANDRA BABCOCK

By her Attorney,

          /S/     Jeffrey A. Gorlick
Jeffrey A. Gorlick
One Longfellow Place, Suite 3409
Boston, Massachusetts  02114
TEL#:  (617) 227-8383
BBO#: 203890

I hereby certify that a true copy of the above document was served upon the attorney of records for each other party by mail/hand on      6/24/05

          /s/ Jeffrey A. Gorlick

2