UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA BABCOCK,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) C.A. No. 04CV12647EFH |
| | ) (Consolidated with |
| UNITED STATES OF AMERICA,<br>LEDGEWOOD CONSTRUCTION<br>COMPANY, INC., AND SPLIT<br>BOULDER CONSTRUCTION, INC.,<br>    Defendants<br>NORTHEASTERN UNIVERSITY,<br>    Defendant/Third-Party Plaintiff | )  CA No.: 04CV11413EFH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| PEDA, INC.,<br>    Defendant/Third-Party Defendant | )<br>) |

PLAINTIFF'S CERTIFICATION,
PURSUANT TO LOCAL RULE 16.1(D)(3)(a)(b)

I, Jeffrey A. Gorlick, counsel for the plaintiff, Sandra Babcock, and plaintiff, Sandra Babcock, hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Sandra Babcock

_____
Jeffrey A. Gorlick
One Longfellow Place, Suite 3409
Boston, Massachusetts 02114
TEL#: (617) 227-8383
BBO#: 203890

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 6/23/05