## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

SANDRA BABCOCK,
                Plaintiff

          v.                          CIVIL ACTION NO.:
                                                      04-12647-EFH

UNITED STATES OF AMERICA, ET AL.,
                Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

June 29, 2005

HARRINGTON, S.D.J.

      The Court grants the United States of America's Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction because Plaintiff Sandra Babcock failed to file her Complaint within six months after April 1, 2004, the date on which plaintiff's administrative claim was denied. See 28 U.S.C. § 2401(b). As such, her loss of consortium claim, which is separate and independent from her former spouse's claims, <u>Feltch v. General Rental Co.</u>, 383 Mass. 603, 421 N.E.2d 67 (1981), is "forever barred" under 28 U.S.C. § 2401(b).

      SO ORDERED.

                                                <u>/s/ Edward F. Harrington</u>
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge